NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re NIO CO., LTD,**
*Appellant*

---

2024-2262

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 97354145.

---

**ON MOTION**

---

# O R D E R

Upon consideration of Nio Co., Ltd.'s motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), and the Acting Director of the United States Patent and Trademark Office's statement as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT



August 12, 2025
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  August 12, 2025